IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:16cr8 |
| v. | ) | |
| | ) | |
| EDUARDO BUENO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE

Now comes the United States, by its undersigned counsel, and moves to continue the sentencing hearing in this case, currently set for May 11, 2016, on the grounds that the assigned Assistant United States Attorney is ill and unable to appear in Court. The undersigned has contacted counsel for the defendant, who stated she has no objection to a continuance.

                                      Dana J. Boente
                                      United States Attorney

By: _____/s/_____
      Alan M. Salsbury
      Assistant United States Attorney
      Virginia State Bar No. 15682
      101 West Main Street, Suite 8000
      Norfolk, Virginia 23510
      Tel. - 757-441-6350
      Fax - 757-441-6689
      Email - alan.salsbury@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record who are users of the CM/ECF system.

/s/
Alan M. Salsbury
Assistant United States Attorney
Virginia State Bar No. 15682
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone Number - 757-441- 6331
Facsimile Number - 757-441-6689
E-mail Address - alan.salsbury@usdoj.gov